UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA HICKMAN,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, a Limited Liability Company; et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 3:20-cv-00908-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>**[Doc. 12]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties move to dismiss this action with prejudice as to all parties. The motion is **GRANTED**. Each party shall bear its own costs, expenses, and fees.

**IT IS SO ORDERED.**

DATED: September 3, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge